IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                              RESPONDENT

vs.                              Criminal No. 1:21-cr-10006
                                 Civil No. 1:23-cv-01014

JYRONURUS LEE MCCLAIN                                                      MOVANT

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Movant is Jyronurus Lee McClain ("McClain"). McClain filed a *pro se* Motion to Vacate under 28 U.S.C. § 2255 on February 21, 2023. ECF No. 18. The Government responded to this Motion on June 22, 2023. ECF No. 26. This Motion was referred for findings of fact, conclusions of law, and recommendations for the disposition of the case.

On October 12, 2023, the Government withdrew its opposition to McClain's Motion to Vacate (ECF No. 35) and concedes McClain requested that his trial counsel appeal his sentence. It is also undisputed that McClain's counsel did not appeal his sentence as directed. Accordingly, the Government does not object to the requested relief. Therefore, the Court recommends the instant Motion (ECF No. 18) be **GRANTED**, and McClain's case be set for resentencing.

**The Parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Parties are reminded that objections must be both timely and specific to trigger** *de novo* **review by the district court**. *See Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).

**DATED** this **24th day of October 2023.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE