IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                                    RESPONDENT

v.                                              Case No. 1:21-cr-10006

JYRONURUS LEE MCCLAIN                                                                              MOVANT

## ORDER

    Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 36. Noting that the Government has withdrawn its opposition, Judge Bryant recommends that Movant Jyronurus Lee McClain's Motion to Vacate Sentence (ECF No. 18) should be granted and that Mr. McClain's case be set for resentencing.

    No party has filed an objection to the R&R and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Braynt's reasoning is sound, the Court adopts the R&R (ECF No. 36) *in toto*. Movant's Motion to Vacate (ECF No. 18) is hereby **GRANTED**. The Court shall schedule Mr. McClain for resentencing at a later date.

    **IT IS SO ORDERED**, this 18th day of December, 2023.

                                                        /s/ Susan O. Hickey
                                                        Susan O. Hickey
                                                        Chief United States District Judge